**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **STEPHEN CANNON,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>**CITY OF BALDWIN,** )<br>)<br>**Defendant.** ) | **Civil Action<br>No. 2:20-mi-99999** |

**NOTICE OF REMOVAL**

COMES NOW the City of Baldwin, the Defendant herein, and, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the above-captioned civil action from the Superior Court of Habersham County, Georgia to the United States District Court for the Northern District of Georgia, Gainesville Division, based upon the following grounds:

1.

Plaintiff Stephen Cannon ("Plaintiff") filed this action on June 21, 2019 in the Superior Court of Habersham County (the "Superior Court Action"). The Superior Court Action case number is 19CV0342.

- 1 -

2.

Defendant attaches hereto as Exhibit A copies of all process, pleadings, and orders served upon it in the Superior Court Action. *See* 28 U.S.C. § 1446(a).

3.

Plaintiff's initial Complaint asserted only state-law claims pursuant to the Georgia Whistleblower Act, O.C.G.A. § 45-1-4, and for attorney's fees pursuant to O.C.G.A. §§ 13-6-11, 45-1-4(f).

4.

Defendant timely filed an Answer to Plaintiff's initial Complaint on September 20, 2019.

5.

On December 12, 2019, Plaintiff filed a First Amended Complaint that, in addition to the state-law claims previously asserted, also asserted federal claims for retaliation and attorney's fees pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.* (*See* Am. Compl. ¶¶ 55-64, 68.)

6.

Defendant received a copy of Plaintiff's First Amended Complaint in the Superior Court Action on December 12, 2019. This Notice of Removal thus is filed within 30 days of Defendant's receipt of the First Amended Complaint. *See* 28

- 2 -

U.S.C. § 1446(b)(3).

7.

This action is a civil action over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because it is an action "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

8.

This civil action thus is removable pursuant to 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of federal-question jurisdiction pursuant to 28 U.S.C. § 1331. This Court further has supplemental jurisdiction over any state-law claims which may be asserted in the First Amended Complaint because they arise out of the same facts as Plaintiff's federal claims and form part of the same case or controversy. 28 U.S.C. § 1367(a).

9.

Pursuant to 28 U.S.C. § 90(a)(1), the United States District Court for the Northern District of Georgia, Gainesville Division, is the district court having jurisdiction over the geographical area where the Superior Court Action is pending. Pursuant to 28 U.S.C. §§ 1441, 1446(a), Defendant thus is entitled to remove this action from the Superior Court of Habersham County to this Court.

10.

Contemporaneously with its filing of this Notice of Removal with this Court, Defendant has filed a copy of this Notice of Removal with the Clerk of the Superior Court of Habersham County and served a notice of this Notice of Removal on Plaintiff, as required by 28 U.S.C. § 1446(d).

11.

**WHEREFORE**, based on the foregoing, Defendant respectfully requests that this case be removed to this Court from the Superior Court of Habersham County, and that this Court accept jurisdiction over the Superior Court Action.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

_s/ Brenton S. Bean_
Brenton S. Bean
Georgia Bar No. 044351
100 Galleria Parkway                   Michael M. Hill
Suite 1600                             Georgia Bar No. 770486
Atlanta, Georgia 30339-5948
T:  770.818.0000                       _Counsel for Defendant_
F:  770.937.9960                       _City of Baldwin_

- 4 -

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the within and foregoing

**NOTICE OF REMOVAL** has been prepared in compliance with Local Rule

5.1(B) in 14-point Times New Roman type face.

This 3rd day of January, 2020.

*s/ Brenton S. Bean*
Brenton S. Bean
Georgia Bar No. 044351

*Counsel for Defendant*
*City of Baldwin*

## CERTIFICATE OF SERVICE

I certify that on this day I served the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing true copies of the same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

Beverly A. Lucas                       Meredith J. Carter
LUCAS & LEON, LLC                      M. CARTER LAW, LLC
P.O. Box 752                           2690 Cobb Parkway SE, Suite A5-294
Clarkesville, GA 30523                 Smyrna, GA 30080

This 3rd day of January, 2020.

*s/ Brenton S. Bean*
Brenton S. Bean
Georgia Bar No. 044351

*Counsel for Defendant*
*City of Baldwin*